Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20402−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rafael L Sanchez
  412 Third Street
  Union City, NJ 07087

Social Security No.:
  xxx−xx−3832

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/9/20 at 10:00 AM

to consider and act upon the following:

*36* − Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 7/23/2020 to 11/16/2020, fee: $500.00, expenses: $85.00. Filed by Herbert B. Raymond. Objection deadline is 11/23/2020. (Attachments: # 1 Certification OF DEBTOR'S COUNSEL # 2 Proposed Order ALLOWING SUPPLEMENTAL COUNSEL FEES # 3 Certificate of Service) (Raymond, Herbert)

*38* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:36 Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 7/23/2020 to 11/16/2020, fee: $500.00, expenses: $85.00. Filed by Herbert B. Raymond. Objection deadline is 11/23/2020. (Attachments: # 1 Certification OF DEBTOR'S COUNSEL # 2 Proposed Order ALLOWING SUPPLEMENTAL COUNSEL FEES # 3 Certificate of Service) filed by Debtor Rafael L Sanchez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/18/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court