Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20402−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rafael L Sanchez
   412 Third Street
   Union City, NJ 07087

Social Security No.:
   xxx−xx−3832

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/9/20 at 10:00 AM

to consider and act upon the following:

*36* − Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 7/23/2020 to 11/16/2020, fee: $500.00, expenses: $85.00. Filed by Herbert B. Raymond. Objection deadline is 11/23/2020. (Attachments: # 1 Certification OF DEBTOR'S COUNSEL # 2 Proposed Order ALLOWING SUPPLEMENTAL COUNSEL FEES # 3 Certificate of Service) (Raymond, Herbert)

*38* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:36 Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 7/23/2020 to 11/16/2020, fee: $500.00, expenses: $85.00. Filed by Herbert B. Raymond. Objection deadline is 11/23/2020. (Attachments: # 1 Certification OF DEBTOR'S COUNSEL # 2 Proposed Order ALLOWING SUPPLEMENTAL COUNSEL FEES # 3 Certificate of Service) filed by Debtor Rafael L Sanchez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/18/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 16-20402-SLM

Rafael L Sanchez                                                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin        Page 1 of 2

Date Rcvd: Nov 18, 2020        Form ID: ntchrgbk        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID**         **Recipient Name and Address**
db        +    Rafael L Sanchez, 412 Third Street, Union City, NJ 07087-4005

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**        **Email Address**

Denise E. Carlon
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
     on behalf of Debtor Rafael L Sanchez herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin M. Buttery
     on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bkyefile@rasflaw.com

Laura M. Egerman
     on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: ntchrgbk | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Patrick O. Lacsina
    on behalf of Creditor Seterus  Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. , PATRICK.LACSINA@GMAIL.COM

Robert P. Saltzman
    on behalf of Creditor Ajax Mortgage Loan Trust 2020-D  Mortgage-Backed Securities, Series 2020-D, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

TOTAL: 9