UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on December 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RAFAEL SANCHEZ, DEBTOR(S)

Case No.:    16-20402 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

REVISED ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: December 14, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Rafael Sanchez,  Debtor(s)

Case no.: 16-20402 (SLM)

Caption of order: Revised Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$500.00** for services rendered and expenses in the amount **$85.00**   for a total of **$585.00.**  The allowance shall be payable

\_\_\_XXXX\_\_\_   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

**PLAN PAYMENT SHALL BE MODIFIED AS FOLLOWS:**

**$100 per month for fifty-four (54) months**

**$134 per month for six (6) months starting December 2020**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.