| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Order Filed on June 23, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

RAFAEL L. SANCHEZ, DEBTOR(S)

Case No:   16-20402 SLM

Chapter:   13

Hearing Date:   6/23/2021  ~~12/9/20~~ 10:00 a.m.

Judge:   Stacey L. Meisel

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 23, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 412 Third Street, Union City, New Jersey 07087

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Mers as Nominee for Countrywide Home Loans
   b. Current Assignee: Real Time Resolutions as Agent for RRA CP Opportunity Tru
   c. Current Servicer: Real Time Resolutions as Agent for RRA CP Opportunity Tru
   d. Date of Mortgage/Lien: May 12, 2006
   e. Date of Recordation: May 15, 2006
   f. Place of Recordation: Hudson County
      i. Mortgage Book: 14366
      ii. Page: 00124, et. seq.
   g. Original Principal Balance of Mortgage/Lien: $ 79,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*